## AFFIDAVIT IN SUPPORT
## OF CRIMINAL COMPLAINT

I, Angel J. Negron, being duly sworn, depose and state:

### Introduction

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), in San Juan, Puerto Rico.  I have been employed since 2025. As part of my daily duties as a Special Agent presently assigned to the HSI San Juan Airport Investigations and Tactical Team (AirTAT). AirTAT investigates international drug trafficking and money laundering organizations that exploit the aviation domain to smuggle narcotics and illicit currency into and through the United States.

2. Prior to HSI, I was a Patrol Agent with the Unites States Border Patrol (USBP) since 2017. I have over 8 years of law enforcement experience working with the United States Border Patrol in Texas and in New York. I have extensive experience working with immigration law, intelligence gathering and conducting immigration inspections.

3. I also investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§2251(a), 2252(a) and 2252A and to the coercion and enticement of minors to engage in illegal sexual activity, in violation of 18 U.S.C. §2422(b).  I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. §2256).

4. The information set forth in this Affidavit is provided in support of the attached criminal complaint charging Neftali RIVERA (hereinafter "RIVERA") with the following violations: Transportation of Material Depicting the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252A(a)(1); and Possession of Child Pornography which is, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

5. I am familiar with the information contained in this Affidavit, which is based upon the investigation the San Juan Airport Investigations and Tactical Team (AirTAT)) have conducted, information received from other law enforcement officials, and on my conversations with other law enforcement officers who have engaged in numerous investigations involving child pornography.

6. Because this Affidavit is being submitted for the limited purpose of a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that RIVERA has violated Title 18 USC §§ 2252A(a)(1) (Transportation of child pornography) and Title 18 USC §§ 2252A(a)(5)(B) (Possession of Child Pornography).

-2-

**Probable Cause for the Criminal Complaint**

7. On May 25, 2026, Homeland Security Investigations (HSI), San Juan Airport Investigations and Tactical Team (AirTAT) Special Agent Angel J. Negron, received a duty call from Customs and Border Protection (CBP) officers at approximately 0007 hours. The information provided by CBP officers Sosa and Rivera indicated that a subject identified as Neftali RIVERA had arrived on May 24, 2026, at the Luis Munoz Marin International Airport in San Juan, on board of FRONTIER AIRLINES (F9) flight 240 from Punta Cana, Dominican Republic, and may be in possession of child pornography (CP) on his cellphone.

8. Upon arriving at Luis Munoz Marin International Airport, RIVERA was selected for secondary inspection by CBP officers. At secondary inspection, CBP officers inspected RIVERA's personal property including a Samsung Galaxy S22 Ultra mobile phone (the "device") with internet capabilities. RIVERA told CBP officers that he owned the device and provided the officers with the passcode to unlock the device.

7. CBP conducted a manual inspection of the device pursuant to border search authority and discovered several photos of child pornography, including image and video files that depicted prepubescent children engaging in sexual acts. The child pornography files were observed in the device saved in a locked application titled, "Applocked".

8. On May 25, 2026, this affiant received the device of Rivera and his identifications from the CBP officers. An inspection of the device was conducted to verify if the subject had child pornography on his phone. After a short search of the device multiple videos and photos containing child pornography and several chats titled "Mom with son", "Epstein Island", "100% Lolis" among others, were found on the phone.

9. Some of the videos and photos on Neftali RIVERA'S phone depicted prepubescent children, appearing to be under the age of twelve, engaging in sexual acts. The following is a description of some of the video files found on RIVERA'S phone:

      A. A prepubescent male minor touching the genitalia of an adult male with his hands and later performing oral sex on that adult male. Later in the video the adult male ejaculated on what appeared to a small male minor face. The video lasted around 8 minutes.

      B. A prepubescent female minor sitting on a sofa completely naked with an adult male. The adult male started to perform oral sex on the female minor. Later in the video the adult male began to penetrate his penis in her vagina. The video lasted around 30 minutes.

      C. A prepubescent female minor naked laying on a bed sleeping. An

-3-

adult male gets on the bed and starts to penetrate his penis inside the female minor. During the video the female minor remains asleep. The video lasted around 10 minutes.

7. HSI SA conducted a custodial interview of RIVERA beginning at 0210 hours at the San Juan International Luis Munoz Marin Airport. HSI Special Agent read RIVERA his Miranda Rights which he denied waving and denied signing the waiver form.

### Conclusion

Based upon my training, experience, and facts concerning this investigation, I respectfully submit that there is probable cause to believe that **Neftali RIVERA** has violated 18 USC §§2252A(a)(1), Transportation of Child Pornography, and 18 USC §§2252A(a)(5)(B), Possession of Child Pornography.

ANGEL J NEGRON
Digitally signed by ANGEL J NEGRON
Date: 2026.05.25 22:57:59 -04'00'

Angel J. Negron
HSI Special Agent

Sworn in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone at 8:56 a.m. on May 26, 2026, in San Juan, Puerto Rico.

Hon. Hector Ramos-Vega
United States Magistrate Judge
District of Puerto Rico