AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  26-489-M |
| | ) | |
| Neftalí Rivera (1) | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Clemente Ruiz Nazario U.S. Courthouse 150 Chardon St. Hato Rey, P.R. 00918 | Courtroom No.:  5 |
|---|---|
| | Date and Time:  5/29/2026 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    5/26/2026

S/   Hector Ramos-Vega
*Judge's signature*

Hector Ramos-Vega         U.S. Magistrate Judge
*Printed name and title*